JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN L. MEWBORN, an individual, | Case No.: 2:18-cv-08732 DSF(PLAx) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ABBOTT LABORATORIES, an Illinois Corporation; and DOES 1 through 20, inclusive, | |
| Defendants | |

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff, Karen Mewborn, by and through her counsel of record, hereby requests dismissal of this matter with prejudice. Defendant, Abbott Laboratories, ("Defendant" or "Abbott"), by and through its counsel of record, hereby stipulate to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

IT IS SO ORDERED.

DATED: January 19, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE